541 A.2d 314

**The BELL TELEPHONE COMPANY OF PENNSYLVANIA**

v.

**PENNSYLVANIA PUBLIC UTILITY COMMISSION.**

Appeals of PENNSYLVANIA PUBLIC UTILITY COMMISSION (No. 13) and David M. Barasch, Consumer Advocate (No. 14).

Supreme Court of Pennsylvania.

Argued May 12, 1988.

Decided May 18, 1988.

Bodhan R. Pankiw, Asst. Counsel, Albert W. Johnson, II, Deputy Chief Counsel, Charles F. Hoffman, Chief Counsel, Harrisburg, for Pa. Puc.

Daniel Clearfield, Craig R. Burgraff, Joan C. Fitzpatrick, Deputy Attys. Gen., for Consumer Advocate.

Daniel J. Whelan, Daniel E. Monagle, Gerard J. St. John, Irving R. Segal, William L. Leonard, Thomas L. Welch, Philadelphia, for Bell Telephone.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and STOUT, JJ.

## ORDER

PER CURIAM:

Appeals dismissed as having been improvidently granted.

LARSEN and FLAHERTY, JJ., dissent.